IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LINFO IP, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>5.11, INC.,<br><br>　　　　　Defendant. | Civil Action No. 2:24-cv-00241-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for 5.11, Inc. ("5.11") states that: (1) there are no publicly held corporations owning 10% or more of 5.11, Inc.'s stock; (2) 5.11, Inc. is a wholly owned subsidiary of 5.11 TA, Inc., which is a wholly owned subsidiary of 5.11 Acquisition Corp. 5.11 Acquisition Corp. is a wholly owned subsidiary of 5.11 ABR Corp. and approximately 95% of 5.11 ABR Corp.'s shares are owned by funds controlled by publicly traded company Compass Diversified Holdings, LLC (NYSE: CODI).

Date:  June 18, 2024

Respectfully submitted,

FISH & RICHARDSON P.C.

*/s/ Neil J. McNabnay*
Neil J. McNabnay
*njm@fr.com*
Texas Bar No. 24002583
Ricardo Bonilla
*rbonilla@fr.com*
Texas Bar No. 24082704
Alexander H. Martin
Texas Bar No. 24091828
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile:  (214) 747-2091

**Attorneys for Defendant 5.11, Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 18, 2024 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Neil J. McNabnay*
Neil J. McNabnay